Great Northern Store Fixture Manufacturing Com-, pany, Appellee, v. Maurice M. Lamm, Appellant.

Gen. No. 43,202.

opinion filed January 8, 1945; released for publication January 29, 1945. David F. Silverzweig, for appellant; Teller, Levit & Silvertrust, for appellee. Opinion by PRESIDING JUSTICE NIEMEYER. **Not to be published in full.**